**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-8034**

───────────

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

PAUL SCINTO, SR., a/k/a Chemist,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (4:01-cr-00059-H-1)

───────────

Submitted:  March 27, 2014        Decided:  April 1, 2014

───────────

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Paul Scinto, Sr., Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Scinto, Sr., appeals the district court's orders denying his petition for a writ of error coram nobis and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Scinto</u>, No. 4:01-cr-00059-H-1 (E.D.N.C. Oct. 15 & 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>